Case 4:22-mj-00113   Document 1   Filed on 01/18/22 in TXSD   Page 1 of 3

Case 4:21-cr-00046-UNA-WEJ *SEALED*   Document 1   Filed 12/07/21   Page 1 of 3

United States Courts
Southern District of Texas
FILED
*January 18, 2022*
Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
DEC - 7 2021
Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATRINA MINOR | Criminal Indictment<br><br>No. 4:21-CR046<br><br>**UNDER SEAL**       4:22-mj-113 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about June 28, 2019, in the Northern District of Georgia, the defendant, KATRINA MINOR, did knowingly possess at least one computer and computer storage device, specifically, a Dell Inspiron 15 laptop, and an HP Protect Smart laptop, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### Forfeiture

Upon conviction for the offense alleged in this Indictment, the defendant, KATRINA MINOR, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to: one Dell Inspiron 15, black laptop, serial # 8F731CZ (this item was a work laptop that she used at the office and home); and one HP Protect Smart, black laptop, serial #X16-96072.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

2

until the defendant is in custody or has been released pending bail."); <u>United States v. Maling</u>, 737 F. Supp. 684, 693-94 (D. Mass. 1990) (Indictment may properly be sealed by magistrate for any legitimate prosecutorial objective).

Submitted this 7th day of December 2020.

                              Respectfully submitted,

                              KURT R. ERSKINE
                                *United States Attorney*

                              /s/L. Skye Davis
                                *Assistant United States Attorney*
                              Georgia Bar No. 564709
                              Skye.Davis@usdoj.gov